NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD HERNANDEZ,          )
                           )
          Appellant,       )
                           )
v.                       )      Case No. 2D16-3008
                           )
STATE OF FLORIDA,        )
                           )
          Appellee.       )
                           )

Opinion filed February 14, 2018.

Appeal from the Circuit Court for
Hillsborough County; William Fuente,
Judge.

Rachael E. Bushey of O'Brien Hatfield,
P.A., Tampa, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, SLEET, and LUCAS, JJ., Concur.